No. 11–5429.  SEAVER, AKA SKANDHA v. CONRAD ET AL.  C. A. 1st Cir.  Certiorari denied.

No. 11–5430.  SUTHERLAND v. TEXAS.  Ct. App. Tex., 2d Dist. Certiorari denied.

No. 11–5431.  GREEN v. RHEE ET AL.  Ct. App. D. C.  Certiorari denied.

No. 11–5432.  HOLLINQUEST v. CALIFORNIA.  Ct. App. Cal., 1st App. Dist.  Certiorari denied.

No. 11–5434.  WATKINS v. HAYNES, WARDEN.  C. A. 11th Cir. Certiorari denied.

No. 11–5435.  TISDALE v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 11–5436.  UCKELE v. CALIFORNIA.  Ct. App. Cal., 6th App. Dist.  Certiorari denied.

No. 11–5437.  HOWE v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 11–5438.  FINCHER v. UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 11–5439.  GAHANO v. UNITED STEELWORKERS INTERNATIONAL UNION LOCAL 8–0369 (USW) ET AL. (two judgments). C. A. 9th Cir.  Certiorari denied.

No. 11–5440.  PARTIDA-MARTINEZ v. HOLDER, ATTORNEY GENERAL.  C. A. 9th Cir.  Certiorari denied.

No. 11–5441.  SUBER v. KERESTES, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT MAHANOY, ET AL.  C. A. 3d Cir. Certiorari denied.

No. 11–5442.  ROBEY v. BUTTS, SUPERINTENDENT, PENDLETON CORRECTIONAL FACILITY.  C. A. 7th Cir.  Certiorari denied.

No. 11–5443.  PORTER v. GOORD ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 11–5444.  ELLIS v. ILLINOIS.  App. Ct. Ill., 1st Dist.  Certiorari denied.